

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00602-CV

Cristeon Michael **HARVEY**,
Appellant

v.

**PPMG OF TEXAS LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2025-CV-06442
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. No costs of appeal are taxed against appellant.

SIGNED January 7, 2026.

_____
Adrian A. Spears II, Justice